# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LOUIKO NEVERS,

        Plaintiff,

v.                                              Case No:   6:24-cv-523-CEM-LHP

EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendant

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

    This matter comes before the Court following a review of the file. Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

    Plaintiff Louiko Nevers, appearing through counsel, instituted this action against Defendant Experian Information Solutions, Inc. on March 15, 2024. Doc. No. 1.[1] Thus, the deadline for Plaintiff to effect service on Defendant expired on

---

[1] Plaintiff also brought the complaint against Defendant Roadmaster Drivers

June 13, 2024.  Fed. R. Civ. P. 4(m).[2]  That deadline passed, but Plaintiff did not file proof of service.  Accordingly, on June 25, 2024, the undersigned issued an Order to Show Cause directing Plaintiff to show cause why this matter should not be dismissed for failure to timely effect service.  Doc. No. 16.  The deadline for Plaintiff to respond to the Order to Show Cause was July 9, 2024.  *Id.*  That deadline has now passed, and Plaintiff has not responded to the Order to Show Cause, nor does the record otherwise reflect that service has been effected in this case.

Accordingly, upon consideration, the undersigned respectfully **RECOMMENDS** that the Court **DISMISS** this action without prejudice for failure to serve Defendant in accordance with Rule 4(m), and thereafter **DIRECT** the Clerk of Court to close the file.  *See also* Local Rule 3.10.

### NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's

---

School Inc., but Plaintiff filed a voluntary dismissal as to Roadmaster Drivers School Inc., and Roadmaster Drivers School Inc. has been terminated as a Defendant.  Doc. Nos. 14–15.

[2] The undersigned notes that the Court dismissed this case without prejudice on April 5, 2024, but on Plaintiff's motion, the case was reopened on April 29, 2024, with an Order that "All deadlines that were pending at the time of dismissal are reinstated."  Doc. No. 13; *see also* Doc. Nos. 8, 11.

factual findings and legal conclusions.  Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.   11th Cir. R. 3-1.

Recommended in Orlando, Florida on July 10, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy