UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LOUIKO NEVERS,**

        **Plaintiff,**

v.                                    Case No.  6:24-cv-523-CEM-LHP

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the record. The United States Magistrate Judge issued a Report and Recommendation (Doc. 17), recommending that the case be dismissed "without prejudice for failure to serve Defendant in accordance with Rule 4(m)."[1] (*Id.* at 2).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

---

[1] Plaintiff previously missed the initial deadline to effect service and failed to respond to the Magistrate Judge's Order to Show Cause as to "why this matter should not be dismissed for failure to timely effect service." (Doc. 17 at 2).

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order.

2. This case is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 29, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record